UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| LENTON CREDELLE BROWN )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>BARBARA GIBSON, State of North )<br>Carolina, Human Resources; ERIC A. )<br>HOOKS, North Carolina Department of )<br>Public Safety, individually; JOSH )<br>STEINS, State of North Carolina; )<br>DENNIS DANIELS, Maury Correctional )<br>Superintendent, individually; GARY )<br>PARKS, Personnel Administrator, Maury )<br>Correctional, individually; JOHN GRAY, )<br>Lieutenant, Maury Correctional, )<br>individually; JOHN HERRING, Assistant )<br>Superintendent, Maury Correctional, )<br>individually; CAPTAIN WATSON, )<br>Maury Correctional, individually; JAMIE )<br>COBB, Captain, Maury Correctional, )<br>individually; CHRISTIAN THOMAS )<br>RUSSELL, Sergeant, Maury Correctional, )<br>individually; SYDNEY SMITH, Assistant )<br>Unit Manager, Maury Correctional, )<br>individually; TIFFANY KERNER, NC )<br>DPS EEO Investigator, individually; )<br>GLORIA ELLERBE, NC DPS EEO )<br>Investigator, individually; JOHANNA )<br>FARR COOKE, Nurse, Vidant Medical, )<br>individually; NORTH CAROLINA )<br>DEPARTMENT OF PUBLIC SAFETY )<br>MAURY CORRECTIONAL )<br>INSTITUTION; VIDANT MEDICAL, )<br>        Defendants. ) | **JUDGMENT**<br><br>No. 4:17-CV-180-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, on defendants' motion to dismiss for failure to state a claim.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 1, 2019, that this case is dismissed as to defendants Jamie Cobb, Dennis Daniels, Gloria Ellerbe, John Gray, John Herring, Eric A. Hooks, Tiffany Kerner, Gary Parks, Christian Thomas Russell, The Department of Public Safety Maury Correctional Institution, Captain Watson.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on July 25, 2019 that this case is dismissed as to remaining defendants Sydney Smith, Johanna Farr Cooke and Vidant Medical for failure of plaintiff to show proof of service.

**This Judgment Filed and Entered on July 25, 2019, and Copies To:**
Lenton Credelle Brown (via U.S. Mail) Post Office Box 248, Winterville, NC 28590
Corrine Lusic (via CM/ECF via Notice of Electronic Filing)


July 25, 2019                             PETER A. MOORE, JR., CLERK

                                                /s/ Sandra K. Collins
                                           (By) Sandra K. Collins, Deputy Clerk